In the
U.S. District Court of
Wash, D.C.

FILED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John R. Demos,
    Petitioner,

vs

The United States of America,
    Respondent,

U.S.D.C. Case # _ _ _ _

"Request For Permission To File"

07 0947

To: The Clerk of the Court:

Comes now the Petitioner, John R. Demos, who respectfully moves the Hon. Court for permission to file the attached petition.

1. Grounds For Request

A. My issues are judicially ripe, cogent, convincing, & clear.

B. The issues enhance the jurisdiction of the court.

C. The issues impact upon, and effect the public intrest.

D. My issues are necessary and proper.

/s/ John R. Demos

4-16-2007

1

## TREATIES, & ACTS OF CONGRESS & AGREEMENTS INVOLVED

THE 1846 OREGON TREATY;

THE 1818 JOINT OCCUPATION TREATY/AGREEMENT;

THE 1763 ROYAL PROCLAMTION OF KING GEORGE III;

THE 1871 DECISION OF KAISER WILHELM (EMPEROR OF GERMANY);

THE 1537 PROCLAMTION OF P.O.P.E. PAUL III;

THE PROCLAMTION OF P.O.P.E. INNOCENT IV;

THE 1493 PROCLAMTION OF P.O.P.E. ALEXANDER VI;

## GROUNDS FOR RELIEF

THE STATE OF WASHINGTON WAS CREATED OUT OF "OREGON" TERRITORY:
PETITIONER ASSERTS THAT OREGON HAD NO AUTHORITY TO CREATE A GOVERNMENT,
AND NEITHER/NEITHER DID WASHINGTON STATE. AS PER THE JOINT OCCUPATION
AGREEMENT OF 1818 NEITHER THE U.S. OR THE BRITISH COULD ESTABLISH A
GOVERNMENT IN THE NORTHWEST.
THUS ACCORDING TO THE TREATY PROVISIONS OF THE JOINT OCCUPATION AGREEMENT,
THE PROVISIONAL GOVERNMENT OF OREGON WAS "ILLEGAL", AND NEITHER BRITAIN, OR
THE U.S. NEEDED TO RESPECT THE ACTS OF THE PROVISIONAL GOVERNMENT OF OREGON.
AS LONG AS THE JOINT OCCUPATION AGREEMENT/TREATY REMAINED IN EFFECT, NEITHER
COUNTRY WOULD HAVE THE RIGHT TO SET UP A GOVERNMENT.
AS LONG AS BOTH BRITAIN, AND THE U.S. "AGREED" OVER WHICH ONE OF THEM CONTROLLED
THE NORTHWEST, NEITHER HAD THE AUTHORITY TO SET UP ANY TYPE OF A GOVERNMENT.
THE JOINT OCCUPATION WAS ENDED IN 1846 WITH THE SIGNING OF THE OREGON TREATY.
THE OREGON TREATY EXTENDED THE BOUNDRY BETWEEN CANADA & THE UNITED STATES WESTWARD
FROM THE ROCKIES TO THE PACIFIC ALONG THE "49th" PARALLEL. THE COMPROMISE GAVE THE
UNITED STATES ALL THE TERRITORY THAT IT HAD EVER CLAIMED. THE MAIN FAULT, AND
ERROR IN THE OREGON TREATY IS THIS. "IT DID NOT "CLEARLY" SHOW THE BOUNDRY
NEAR THE SAN JUAN ISLANDS".... <u>THE TREATY PROVIDED THAT THE BOUNDRY WOULD FOLLOW
"THE MIDDLE OF THE CHANNEL WHICH SEPERATES THE CONTINENT FROM VANCOUVER'S ISLAND"</u>
THIS WAS ALL WELL & GOOD, BUT THERE WAS MORE THAN ONE (1) CHANNEL BETWEEN THE
MAINLAND AND VANCOUVER ISLAND. HARO CHANNEL WAS WEST OF THE SAN JUAN ISLANDS,
AND ROSARIO CHANNEL LAY TO THE EAST OF THEM. BECAUSE OF THIS, THE U.S. & GREAT
BRITIAN EACH CLAIMED THE SAN JUAN ISLANDS. CITIZENS OF BOTH BRITAIN, AND THE
UNITED STATES HAD SETTLED IN THE DISPUTED TERRITORY.
IN 1871 KAISER WILHELM (WILLIAM) OF GERMANY WAS CHOSEN TO DECIDE WHO OWNED THE
SAN JUAN ISLANDS, BECAUSE THE BRITISH, AND THE UNITED STATES COULD NOT REACH
AN AGREEMENT, AND DID NOT WANT TO RISK A WAR OVER THE ISSUE.
THE KAISER DECIDED IN 1871 THAT HARO CHANNEL FORMED THE BOUNDRY BETWEEN
WASHINGTON & VANCOUVER ISLAND, AND GAVE THE SAN JUAN ISLANDS TO THE UNITED
STATES.   ***AFTER THE REVOLUTIONARY WAR, THE 1783 TREATY OF PARIS HAD SPECIFIED
THAT THE BOUNDRY BETWEEN THE U.S. & CANADA WOULD RUN WEST, PARTWAY ON THE
PIGEON RIVER, FROM LAKE SUPERIOR TO THE NORTHWESTERN POINT OF THE LAKE OF THE
WOODS", AND FROM THENCE ON A DUE WEST COURSE TO THE RIVER MISSISSIPPI". (THIS
WAS IMPOSSIBLE, BECAUSE NONE OF THE MISSISSIPPI WAS THAT FAR NORTH).

GROUNDS FOR RELIEF/PART. 11
---

P.O.P.E. PAUL 111 IN HIS 1537 PROCLAMTION PROCLAIMED NATIVE AMERICAN SOVEREIGNTY OVER THE LAND, INCLUDING THE PACIFIC NORTHWEST.
ALSO, P.O.P.E.'S ALEXANDER V1 IN 1493, AND P.O.O.E. INNOCENT THE 1Vth DURING THE 13th CENTURY CRUSADES, PROCLAIMED NATIVE AMERICAN SOVEREIGNTY OVER THE LANDS OF THE NORTHWEST HERE IN THE UNITED STATES.
KING GEORGE 111's ROYAL PROCLAMATION OF 1763 "IMPOSED A BOUNDRY" THAT THE COLONISTS COULD NOT PASS OVER, AND THAT BOUNDRY WAS THE APPALACHIAN MOUNTAINS.
NO STATE, NO TERRITORY CAN VIOLATE A TREATY, OR A PROCLAMATION.
THUS, AND THEREFORE, BOTH WASHINGTON STATE, AND OREGON STATE ARE SITTING ILLEGALLY, AND WITHOUT JURISDICTION.

"—— THE TREATY OF PARIS OF 1783, ENACTED AFTER THE REVOLUTIONARY WAR, WAS FATALLY FLAWED, BECAUSE THE MISSISSIPPI RIVER DID NOT FLOW AS FAR NORTH AS THE BOUNDRIES IN THE TREATY SPECIFIED."

IN THE
U.S. DISTRICT COURT
WASH, D.C.

JOHN R. DEMOS,
(PETITIONER)

VS

THE UNITED STATES OF AMERICA,
(RESPONDENT)

U.S.D.C. CASE # _____

"SPECIAL STATEMENT IN SUPPORT"

PURSUANT TO THE ORDER OF
THE COURT IN CASE #
94-1046,

———————

TO: THE CLERK OF THE COURT:

PURSUANT TO THE ORDER OF THE COURT,

I WISH TO STATE THE FOLLOWING,

A: I SHOULD BE ALLOWED TO FILE THIS ACTION AS A NATIVE AMERICAN, AS CONGRESS HAS APPROPRIATED FUNDS TO ALLOW ME TO HAVE THIS ACTION ADJUDICATED.

B: PER STATUTE, THE COURT IS EMPOWERED TO APPOINT COUNSEL TO PETITIONER.

C: MY ISSUES CALL INTO QUESTION THE LEGITIMACY OF ACTS OF CONGRESS.

07 0947

RECEIVED
MAY 02 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/s/ John R. Demos

FILED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4-16-2007

STATE OF WASHINGTON,  }
COUNTY OF WALLA WALLA } ss:

AFFIDAVIT OF John R. Demos
PURSUANT TO: 28 USC 1746,

I, John R. Demos, AVER UNDER THE PENALTY OF PERJURY THE FOLLOWING,

1. THAT MY ISSUES ARE NEW, AND ARE NOT REPETITIVE.

2. THAT MY ISSUES HAVE BEEN RAISED BEFORE IN THE STATE COURTS.

3. THAT MY ISSUES HAVE MERITS, AND ARE WORTHY OF THE COURT'S UNDIVIDED ATTENTION.

MAY IT SO PLEASE THE COURT!

/S/ John R. Demos

4-16-2007