FILED

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE

UNITED STATES DISTRICT COURT

WASHINGTON , D.C. .,

Case: 1:07-cv-00947
Assigned To : Unassigned
Assign. Date : 5/22/2007
Description: Habeas Corpus

John Robert Demos, Jr., #287455-H3-A-8L )
Staford Creek Correctional Center )
191 Constantine Way (PETITIONER) )
MS : WA -3G )
Aberdeen, WA 98520 )

CA

VS:

THE UNITED STATES OF AMERICA, & )
THE STATE OF WASHINGTON., )

)

(RESPONDENTS) )

)

)

"PETITION FOR A WRIT OF HABEAS CORPUS OR

IN THE ALTERNATIVE, A WRIT OF MANDAMUS"

PURSUANT TO: 28 U.S.C.A. 1651;
            28 U.S.C.A. 2241;

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

TO: THE CLERK OF THE ABOVE STYLED COURT:

COMES NOW THE PETITIONER, John Robert Demos, Jr., WHO RESPECTFULLY
AVERS & DEPOSES THE FOLLOWING UNDER THE PAIN, AND PENALTY OF
PERJURY:
THAT I AM OF LEGAL AGE, SOUND MIND, A MAN OF THE LAND, AND THAT
I AM COMPETENT TO BE A DECLARANT HEREIN....

1: GROUNDS FOR THE PETITION:

OREGON & WASHINGTON TERRITORY WAS CREATED IN VIOLATION
OF THE JOINT OCCUPATION AGREEMENT OF 1818 between BRITAIN
AND THE UNITED STATES.

RECEIVED

MAY 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1).

2

GROUNDS FOR PETITION/PART #2:

STATEMENT OF THE CASE

STATEMENT OF THE CASE/PART. 11:

MEMORANDA OF LAW IN SUPPORT

28 U.S.C.A. 1361;
931 F. 2D 390;
490 U.S. 296;
69 F. 3D 477;
28 U.S.C.A. 2254;
28 U.S.C.A. 2241;
463 U.S. 880;
837 F. 2D 56;
525 U.S. 141;
931 F. 2D 573;
138 F. 3D 787;
506 U.S. 390;
411 U.S. 475;
499 U.S. 467;
456 U.S. 152;
354 U.S. 1,
219 U.S. 346,
152 U.S. 1,
136 U.S. 64,
270 U.S. 49,

317 U.S. 341,
516 U.S. 297,
507 U.S. 638,

Memoirs of Miles Conway - Page #513 - THE LAST GOVERNOR
OF WASHINGTON TERRITORY, THE 50TH CONGRESS - SESSION 1 -
CHPT. 1213 (1889) WASHINGTON IS NOT A STATE.

JURISDICTION OF THE COURT

28 USC 1651,

28 USC 1361,

ART. III OF THE U.S. CONSTITUTION,

12 STAT. 927,
17 STAT. 631,
25 STAT. 888, 899,

100 USC,
700 USC,
25 USC,
48 STAT. 984,
7 STAT. 333,
50 USC [WAR POWERS ACT]

22 USC 254 d (3) = DIPLOMATIC RELATIONS ACT,

(5).

TREATIES & ACTS OF CONGRESS INVOLVED

ISSUES PRESENTED

1. Whether or not per 100 USC, 700 USC, 25 USC Native Americans are entitled to be represented by legal counsel in all of their legal actions? Petitioner is a Choctaw Native American Indian. Whether or not the U.S. Supreme Court has a duty to appoint petitioner counsel. Whether Congress appropriated funds to cover all of my legal fee's in this action.

2. Whether or not the 1818 joint occupation agreement between the U.S. and Britain superceded the Oregon Treaty of 1846.

3. Whether or not the Royal Proclamation of King George III issued in 1763 voided the 1846 treaty of Oregon.

4. Whether the 1871 decision of Kaiser Wilhelm violated the War Powers Act, the Trading with the Enemy Act, and the Diplomatic Relations Act.

QUESTIONS PRESENTED

1. DOES THE 1790 TREATY OF NEW YORK, THE NORTHWEST ORDINANCE OF 1787, THE 1815 TREATY OF GHENT, THE 1794 PICKERING TREATY, THE 1791 TREATY OF HOLSTON, THE QUEBEC ACT OF 1774, THE 1758 TREATY OF EASTON, ABROGATE THE 1846 OREGON TREATY?

2. DOES THE U.S. CONSTITUTION DEFINE HOW A TREATY IS TO BE ABROGATED?

3. CAN A TREATY BE A DEFENSE TO A CRIMINAL CHARGE?

4. MUST A TREATY BE HONORED WHEN IT IS INVALID ON IT'S FACE?

5. CAN BOUNDARIES BE OBTAINED BY FRAUD?

6. CAN A STATE PROJECT IT'S AUTHORITY BEYOND IT'S BORDERS?

7. IS THE WAR POWERS ACT [299 U.S. 304] RELEVANT OR CONTROLLING IN THIS PLEADING?

STATE OF WASHINGTON )
COUNTY OF WALLA WALLA ) SS:

AFFIDAVIT OF JOHN ROBERT DEMOS

PURSUANT TO: 28 U.S.C.A. 1746;

I, John Robert Demos, Jr., AVER, AND DEPOSE THE FOLLOWING UNDER THE PAIN, AND PENALTY OF PERJURY.

THAT I AM OF AGE, SOUND MIND, AND THAT I AM COMPETENT TO BE A DECLARANT HEREIN:

I AM A CHOCTAW NATIVE AMERICAN.

PURSUANT TO THE 1818 JOINT OCCUPATION AGREEMENT THE 1846 OREGON TREATY WAS ILLEGALLY ENACTED.

THE 1818 JOINT OCCUPATION AGREEMENT COULD ONLY BE REPEALED OR VOIDED BY AN ACT OF CONGRESS, NOT BY A 1871 "DECISION" OF KAISER WILHELM THE EMPEROR OF GERMANY, WHO'S "DECISION" WAS TO AWARD THE SAN JUAN ISLANDS TO THE UNITED STATES.

WILL THE U.S. DISTRICT COURT GRANT A DECLARATORY JUDGMENT AS TO THE ISSUES PRESENTED HEREIN, 523 U.S. 740;

(1).

AFFIDAVIT/PART. 11:

THE 1783 TREATY OF PARIS IS FATALLY FLAWED IN THAT THE NORTHERN BOUNDRY FOR THE MISSISSIPPI RIVER IS A NON-EXHISTENT BOUNDRY. THE NORTHERN BOUNDRY DOES NOT EXTEND THAT FAR NORTH.

PER THE 1763 ROYAL PROCLAMATION OF KING GEORGE III NO EUROPEAN SETTLEMENTS [INCLUDING THE STATES OF OREGON + WASHINGTON] WERE TO BE CREATED WEST OF THE APPALACHIAN MOUNTAINS.

IS THE U.S.A. BOUND BY ROYAL PROCLAMATIONS OF ENGLAND?

IS THE U.S.A. BOUND BY EDICTS AND DECREE'S OF THE P.O.P.E.'S OF ROME?

DOES THE 1846 TREATY OF OREGON REPEAL BY IMPLICATION THE 1818 JOINT OCCUPATION AGREEMENT?

CAN A TREATY REPEAL AN AGREEMENT?

/S/ John R. Demos

John Robert Demos #287455

DATED: 4 , 14 , 2007

## CONCLUSION

Per 7 STAT. 333, & 48 STAT. 984 I Am A CHOCTAW NATIVE AmericAN.

Only CONGRESS CAN Void, RepeAl, OR AbRoGATE A TREATY. IN 1871 KAiSER Wilhelm OF GERmANY RepeAled THE 1818 JoiNT OCCUPATION AGReemeNT between THE UNITED STATES And GREAT BRiTAiN, Thus, THE 1818 JoiNT OCCUPATION AGReemeNT WAS UNCONSTiTUTIONAlly ImpAiRed.

Besides, KAiSER Wilhelm WAS A "FoReiGNER", And WAS NOT A PARTY To THE DiSPUTE, As To Who Should bE AWARded POSSESSiON OF THE SAN JuAN IslAnds. WAS THE Decision by THE U.S. To GRANT THE KAiSER THE Power + AuthoRiTy To DecidE Who OWNS THE SAN JuAN IslAnds AN "UNCONSTiTUTioNAl" DeleGATioN OF AuthoRity?

4-14-2007