MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, John R. Demos, am the petitioner in the above-entitled case; in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and believe I am entitled to redress:

The responses, which I have made to questions and instructions below, are true.

1. Are you presently employed?   Yes ( )   No (✓)
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month, which you receive.

   I WAS LAST EMPLOYED ON OR ABOUT 1-7-1988, I GROSSED APPROXIMATLY $375.00

   07 0947

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritances?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   FILED MAY 22 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

3. Do you own any cash, or do you have any money in a checking or savings account?   Yes ( )   No (✓)
   (Include any funds in prison accounts)   If the answer is yes, state the total value of the accounts: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ( )   No (✓)
   If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I HAVE NO DEPENDENTS AT THIS TIME

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury, and I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14TH day of APRIL, 2007.

John R. Demos
**Signature of Plaintiff**

3