FILED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN ROBERT DEMOS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No.  07 0947 |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

### TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for a writ of habeas corpus or a writ of mandamus, and an application to proceed *in forma pauperis*. Petitioner is incarcerated at the Stafford Creek Correctional Center in Aberdeen, Washington. He seeks to vacate his conviction from the State of Washington

Habeas corpus is the exclusive remedy for a federal prisoner bringing a claim that would have a "probabilistic impact" upon the duration of his custody. *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 809 (D.C. Cir. 1988)(en banc); *see also Wilkinson v. Dotson*, 124 S.Ct. 1242, 1248 (2005)(habeas is exclusive remedy if success of an action "would necessarily demonstrate the invalidity of confinement or its duration"). If plaintiff were to succeed on his claim, it would have a direct effect on the duration of his custody. Moreover, since petitioner has an adequate remedy available to challenge his conviction, he cannot obtain habeas relief. *See Swann v. Clinton*, 100 F.3d 973, 977 n. 1 (D.C. Cir. 1996)(citations omitted); *Atl. Tele-Network, Inc. v. Inter-Am. Dev. Bank*, 251 F.Supp.2d 126, 131 (D.D.C. 2003).

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). This Court lacks jurisdiction over the habeas petition. Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of Washington. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

_____
United States District Judge

DATE: May 10, 2007